## Royce *v.* Small.

1. The court having refused to allow the claimant to withdraw his claim, stating as a reason for the refusal that the claimant had stipulated not to withdraw, it was not error to deny a subsequent motion made by the claimant to dismiss the claim, there being no mode of dismissing a claim at the claimant's instance otherwise than by withdrawing it.
2. Where the claimant refuses to join issue with the plaintiff in the claim case, the plaintiff may proceed with the trial and submit his evidence without any joinder of issue, or he may at his option move to dismiss the claim; but the claimant cannot have it dismissed for his own default.            *Judgment affirmed.*

August 14, 1894.

Levy and claim. Before Judge Butt. Taylor superior court. August term, 1893.

W. E. Steed and Little, Wimbish & Worrill, for plaintiff in error.

Thornton & McMichael and O. M. Colbert, *contra.*

---

## Jinks *v.* Lewis & Son.

The uncontradicted evidence showing that the claimant purchased the land in controversy during the pendency of a claim case between the plaintiffs in execution and her vendor, which resulted in an adjudication that the land was subject, she, as a privy in estate of the latter, was concluded by that adjudication; and consequently there was no error in directing a verdict for the plaintiffs, this being the only result legally possible under the evidence.

August 14, 1894.            *Judgment affirmed.*

Levy and claim. Before Judge Butt. Taylor superior court. August term, 1893.

C. C. West and Thornton & McMichael, for plaintiff in error. O. M. Colbert, *contra.*